**EASTERN DISTRICT OF TENNESSEE**

IN RE: UNCLAIMED FUNDS                )           CHAPTER 13
       12/14/12

**NOTICE OF PAYMENT OF UNCLAIMED**
**FUNDS TO THE CLERK OF COURT**

 The following checks have been outstanding for more than 90 days and pursuant to 11 U.S.C. Section 347 the funds are being paid to the Clerk of the Court as unclaimed funds.

| Check Number | Claim Number | Case Number | Payee Name & Address | Amount |
|---|---|---|---|---|
| Randall Brian Jackson, Jr. | | | | |
| 1609194 | 400/013 | 06-14376 | Emergency Physicians, Inc. PO Box 41567 Philadelphia, PA 19101 | $ 201.00 |
| Melissa Middleton | | | | |
| 1609194 | 400/005 | 07-13471 | Charming Shoppes/Fashion Bug %First Express PO Box 856021 Louisville, KY 40285 | 1.39 |
| Samuel Mark Womac, Jr. | | | | |
| 1609194 | 400/001 | 07-13696 | Charming Shoppes/Fashion Bug %First Express PO Box 856021 Louisville, KY 40285 | 15.16 |
| Lester Perry Linzey | | | | |
| 1609194 | 400/008 | 08-10479 | Highland Florist Ste 105 Hixson, TN 37343-3941 | 182.90 |
| William Edgar Holt IV | | | | |
| 1609194 | 400/016 | 08-10636 | Se Emergency Phys Memphis %NCO Financial Systems, Inc. PO Box 41567 Philadelphiz, PA 19101 | 584.00 |
| Samuel Ray Robinson | | | | |
| 1609194 | 007/005 | 09-10592 | Athens Community Hospital %Barry Gammons 209 10th Ave S, Ste 525 Nashville, TN 37203 | 227.52 |

**Unclaimed funds continued**

```
Joseph William Ledbetter
1609194     020/018    09-10999    Advance America Cash Advance Ctr., Inc.
                                   135 North Church Street
                                   Spartanburg, SC  29306         14.73

Richard Clarence Hurt, Jr.
1609194     028/016    09-13607    Pediatric Subspecialties
                                   %Premier Financial & Credit SVCS
                                   5312 Brainerd Road
                                   Chattanooga, TN  37411         17.66

Eric Richard Driscol
1609194     007/999    11-15662    Eric Richard Driscol
                                   11206 First Street
                                   Apison, TN  37302              16.98

Carolyn Sue Elam
1609194     006/999    12-13120    Carolyn Sue Elam
                                   13 Fine Street
                                   Rossville, GA  30741        1,162.59
                                                              _____

                                   TOTAL                     $2,423.93
```

      C. KENNETH STILL, TRUSTEE

     **C. KENNETH STILL, TRUSTEE**

2 OF 2